```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 05 B 58287
    ARLISTER JOHNSON JR
                                                CHAPTER 13

                                                JUDGE: SUSAN PIERSON SONDERBY

           Debtor
    SSN XXX-XX-5972

------------------------------------------------------------------------------
                TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
       The case was filed on 10/15/2005 and was confirmed 02/23/2006.

       The plan was confirmed to pay secured creditors 100% and unsecured
   creditors   10.39%.

       The case was paid in full 08/15/2007.
------------------------------------------------------------------------------
    CREDITOR NAME                  CLASS         CLAIM AMOUNT     INTEREST       PRINCIPAL
                                                                   PAID            PAID
------------------------------------------------------------------------------
AMERICAN TRANSIT           SECURED NOT I  NOT FILED           .00           .00
SCHNEIDER FINANCE          SECURED                .00         .00           .00
ATTENTION FUNDING TRUST    UNSECURED        32561.71          .00       3383.16
RESURGENT CAPITAL SERVIC   UNSECURED        43328.07          .00       4501.79
RESURGENT CAPITAL SERVIC   UNSECURED          855.95          .00         88.93
CITY OF CHICAGO PARKING    UNSECURED          260.00          .00         27.01
LINEBARGER GOGGAN BLAIR    NOTICE ONLY   NOT FILED            .00           .00
DISCOVER FINANCIAL SERVI   UNSECURED         2339.56          .00        243.08
GENERAL MOTORS ACCEPTANC   UNSECURED        11963.87          .00       1243.05
KCA FINANCIAL SERVICES     UNSECURED     NOT FILED            .00           .00
MBNA AMERICA               UNSECURED     NOT FILED            .00           .00
MOUNT SINAI HOSPITAL       UNSECURED     NOT FILED            .00           .00
ADVANTA BANK CORP          NOTICE ONLY   NOT FILED            .00           .00
NATIONWIDE CREDIT & COLL   NOTICE ONLY   NOT FILED            .00           .00
MICHAEL MURPHY TANNEN PC   NOTICE ONLY   NOT FILED            .00           .00
SCHNEIDER FINANCE          UNSECURED             .00          .00           .00
GLEASON & MACMASTER        DEBTOR ATTY     1,010.00                     1,010.00
TOM VAUGHN                 TRUSTEE                                        648.40
DEBTOR REFUND              REFUND                                          11.84

         Summary of Receipts and Disbursements:
------------------------------------------------------------------------------
                           RECEIPTS              DISBURSEMENTS
------------------------------------------------------------------------------
TRUSTEE                    11,157.26

PRIORITY                                                   .00
SECURED                                                    .00
UNSECURED                                             9,487.02
ADMINISTRATIVE                                        1,010.00
TRUSTEE COMPENSATION                                    648.40
DEBTOR REFUND                                            11.84

                    PAGE  1 - CONTINUED ON NEXT PAGE
           CASE NO. 05 B 58287 ARLISTER JOHNSON JR
```

```
                                ---------------       ---------------
TOTALS                              11,157.26             11,157.26
```

    Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                    /s/ Tom Vaughn
    Dated: 11/29/07             _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE